JUDGE CEDARBAUM       08 CV 03329

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
ON PAR CONTRACTING CORP.,

                                 Plaintiff,

                            - against -

THE DISTRICT COUNCIL OF NEW YORK CITY
AND VICINITY OF THE UNITED BROTHERHOOD
OF CARPENTERS AND JOINERS OF AMERICA and
JOHN DOES 1-50, unknown businesses entities that were
signatories to the July 1, 2001 CBA.

                                Defendants.
------------------------------------------------------------------x

Case No.



Rule 7.1 Statement

       Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff On Par Contracting Corp., certifies that there are no corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Date: 4-3-08

Michael McDermott