UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
ON PAR CONTRACTING CORP,

                                                                                **08 CV 03329 (LAP)**

                  Plaintiff,                    **NOTICE OF APPEARANCE**

      - against -

THE DISTRICT COUNCIL OF NEW YORK CITY
AND VICINITY OF THE UNITED BROTHERHOOD
OF CARPENTERS AND JOINERS OF AMERICA and
JOHN DOES 1-50, unknown businesses entities that were
signatories to the July 1, 2001 CBA.

                                  Defendants.
------------------------------------------------------------------------x

## NOTICE OF APPEARANCE FOR DANIEL J. BORRIELLO

**PLEASE TAKE NOTICE** that I have been retained by the Plaintiff ON PAR CONTRACTING CORP. (the "Plaintiff"). I was admitted to practice in this District in July of 2006. Please add my appearance to the docket sheet on behalf of the Plaintiffs.

Dated: New York, New York
       April 28, 2008

                                                    _S/_____
                                                    Daniel J. Borriello  (DB1526)
                                                    GEORGOULIS & ASSOCIATES, PLLC
                                                    Attorneys for the Defendants
                                                    45 Broadway, 14th Floor
                                                    New York, New York 10006
                                                    (212) 425-7854