AFFIDAVIT OF SERVICE UPON A CORPORATION                    N
                                                    INDEX # 08CV03329

U S District COURT OF THE STATE OF NEW YORK
COUNTY OF Southern

                                                            GEORGOULIS & ASSOCIATE
                                                            45 Broadway 14th Floor
                                                            NEW YORK
On Par Contracting Corp                                     NY 10006

                        - against -

The District Council Of Nyc & Vicinity Of The               (212) 425-7854
United Brotherhood Of Carpenters Etc

Atty File #              Record # 109337       File # 408

STATE OF NEW YORK: COUNTY OF NASSAU: ss

Harry Torres-Lic#0915257 being duly sworn deposes and says deponent
is not a party to this action and is over the age of eighteen years
and resides in the state of New York:

That on 04/15/08 at 12:41pm  at 395 Hudson St 9th Fl New York Ny 10014
deponent served the within Sum & Comp In A Civil Act & Instructions For Filing Elec Case
by personally delivering to and leaving with Patrick Kennedy
for The District Council Of Nyc & Vicinity Of The United Brotherhood Of Carpenters Etc.
a true copy thereof, and that deponent knew the person so served
to be the Receptionist/Mgt.Agt. and stated (s)he was authorized to
accept legal papers for the corporation.


A description of the person served is as follows:

Approx Age: 45 Years  Approx Weight: 200 Lbs.  Approx Height: 6'0"
Sex: Male    Color of Skin: White    Color of Hair: Brown
Other:


Sworn to before me this 04/16/08
Maureen Scarola #01SC6127636
Notary Public, State of New York         Harry Torres-Lic#0915257
Nassau County, Commission Expires 05/31/09

              Supreme Judicial Services, Inc.
   371 Merrick Road - Rockville Centre, N.Y. 11570 - (516) 825-7600
       255 Broadway - New York, N.Y. 10007 - (212) 319-7171
                      Fax (516) 568-0812

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE | 4/16/08 |
| NAME OF SERVER *(PRINT)* HARLLY TORRES | TITLE | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): CORPORATE

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/16/08
            Date                    Signature of Server

SUPREME JUDICIAL SERVICES INC.
Address of Server 371 MERRICK ROAD SUITE 202
ROCKVILLE CENTRE, NY 11570

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.